IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors. | Chapter 11<br>Bankruptcy No. 19-11466 (KG)<br>(Jointly Administered) |
| UNITED STATES OF AMERICA,<br><br>Appellant,<br><br>v.<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL and THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC.,<br><br>Appellees. | C.A. No. 19-1711 (UNA) |

## ORDER

At Wilmington this 16th day of September 2019, for the reasons set forth on the record, it is HEREBY ORDERED that:

1. The *United States' Emergency Motion for Stay Pending Appeal* (D.I. 4) is GRANTED.

2. The Bankruptcy Court's *Order Under 11 U.S.C. §§ 105, 106, 363, 365, 503, 507, and 525 (A) Approving Asset Purchase Agreement with Thomas Jefferson University Hospitals, Inc., (B) Authorizing Sale of Certain of Debtor's Assets Free and Clear of Interests, (C) Authorizing Assumption and Assignment of Certain of the Debtor's Executory Contracts, and (D) Granting Related Relief*, dated September 10, 2019 (B.D.I. 681) ("Sale Order"), is STAYED pending final resolution of the United States' appeal (D.I. 1) of that Sale Order.

*[signature: Maryellen Noreika]*
The Honorable Maryellen Noreika
United States District Judge