IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: Center City Healthcare, LLC, doing business as Hahnemann University Hospital,<br><br>                    Debtor.<br>_____<br><br>UNITED STATES OF AMERICA, on behalf of the Department of Health and Human Services,<br><br>                    Appellant,<br><br>    v.<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a Hahnemann University Hospital and THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC.,<br><br>                  Appellees. | <br><br><br><br><br><br><br><br><br><br><br><br><br>C. A. No. 19-1711-RGA<br>Bankruptcy Case No. 19-11466-KG<br>Bankruptcy BAP No. 19-51 |

## **RECOMMENDATION**

At Wilmington this **3rd** day of **October, 2019**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the

expense of the process. Based upon the parties' submissions, this matter is not the type of dispute that may be comprised.

The parties are unable to agree on a briefing schedule for the appeal. The Appellees request the following briefing schedule:

| | |
|---|---|
| Appellant's Opening Brief | Within fourteen (14) days of the acceptance of this Recommendation |
| Appellees' Answering Brief(s) | Within fourteen (14) days of service of the Opening Brief |
| Appellant's Reply Brief | Within seven (7) days of service of Appellees' Answering Brief. |

Appellant requests the following briefing schedule:

| | |
|---|---|
| Appellant's designation of items to be included in the record and statement of issues presented on appeal | 9/26/19 (filed) |
| Appellee's designation of additional items to be included in the record | 10/10/19 (filed 9/30/19) |
| Appellant's Opening brief | 11/12/19 |
| Appellee's Answering Brief | 12/13/19 |
| Appellant's Reply Brief | 1/14/20 |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Since this Recommendation is consistent with the parties' request, no objections pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1 are anticipated.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge