

MARK MINUTI
Phone: (302) 421-6840
Fax: (302) 421-5873
mark.minuti@saul.com
www.saul.com

October 4, 2019

The Honorable Richard G. Andrews
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801-3555

    **RE**:     *In re: Center City Healthcare, LLC, et al.;* **Case No. 19-cv-1711-RGA**

Dear Judge Andrews:

    Our firm represents Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors (collectively, the "Debtors") in the above referenced Appeal. I am writing in connection with the *Debtors' Emergency Motion to Extend Status Quo of Sale Order or, in the Alternative, for Reconsideration or Modification of Order Granting Stay Pending Appeal* (the "Motion") to, respectfully, ask the Court to promptly rule on the Motion to avoid irreparable harm to the Debtors.

    This morning, the Debtors were advised that representatives of the Pennsylvania Department of Health (the "DOH"), who are on site at Hahnemann University Hospital, intend to "pull" the hospital license today. As set forth in detail in the Motion, such action will cause irreparable harm to the Debtors and will threaten the $55 million sale that is the subject of the Appeal. Both the DOH and the United States of America, on behalf of the Department of Health and Human Services, acting through its designated component, the Centers for Medicare and Medicaid Services, have each filed papers in opposition to the Motion.

    We appreciate the Court's prompt attention to this matter and are available to answer any questions the Court may have regarding the Motion or this Appeal.

        Respectfully submitted,

        */s/ Mark Minuti*
        Mark Minuti (DE Bar No. 2659)

MM/rew
Cc:    Jeffrey C. Hampton, Esq.
        Counsel for Thomas Jefferson University Hospitals, Inc.
        Counsel for Commonwealth of Pennsylvania Department of Health
        Counsel for United States of America

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 1201 North Market Street, Suite 2300 ◆ Wilmington, DE 19801

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP
35988494.1 10/04/2019