

824 N. Market Street Suite 800
Wilmington, DE 19801-4939
302.888.4554  Fax 302.888.1696  schnader.com

October 4, 2019

Richard A. Barkasy
E-Mail: rbarkasy@schnader.com

**VIA ELECTRONIC FILING**

The Honorable Richard G. Andrews
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801-3555

      Re:   *In re: Center City Healthcare, LLC, et al.,*
              **Case No. 19-cv-1711-RGA**

Dear Judge Andrews:

      Our firm represents the Commonwealth of Pennsylvania Department of Health ("DOH"). I am writing in connection with the *Debtors' Emergency Motion to Extend Status Quo of Sale Order or, in the Alternative, for Reconsideration or Modification of Order Granting Stay Pending Appeal* (the "Motion") to correct Mr. Minuti's characterization of a written communication from DOH to the Debtors.

      Mr. Minuti represented that the Debtors were advised this morning that representatives of DOH, who are on site at Hahnemann University Hospital, intend to "pull" the hospital license today. That is not quite accurate. The communication was by e-mail, and it said "I hope you are well. I wanted to communicate to you directly the steps the Department is taking today regarding Hahnemann's Hospital License. The surveyors will take the paper license from the facility when they leave today. They will also take the CLIA certificate and the DHS/BHU license. *At this time, the hospital license will remain active in our system and the closure survey will remain open.* Please let me know if you have any questions." (emphasis added)  A copy of the e-mail is attached.

                                  Respectfully,

                                    /s/ Richard A. Barkasy

                                  Richard A. Barkasy (DE Bar No. 4683)
                 For SCHNADER HARRISON SEGAL & LEWIS LLP

Attachment



cc: Mark Minuti, Esquire
Jeffrey C. Hampton, Esquire
Counsel for Thomas Jefferson University Hospitals, Inc.
Counsel for United States of America
David Smith, Esquire

**From:** Kurish, Sarah <skurish@pa.gov>
**Sent:** Friday, October 4, 2019 11:50 AM
**To:** Miriam Hogan <Miriam.Hogan@americanacademic.com>
**Cc:** Kyle Kramer <KKramer@askphc.com>; Koltash, Jonathan D. <jokoltash@pa.gov>; Kostelac, Yvette <ykostelac@pa.gov>; Coble, Susan <sucoble@pa.gov>
**Subject:** PA DOH License

Hi Miriam,

I hope you are well. I wanted to communicate to you directly the steps the Department is taking today regarding Hahnemann's Hospital License. The surveyors will take the paper license from the facility when they leave today. They will also take the CLIA certificate and the DHS/BHU license. At this time, the hospital license will remain active in our system and the closure survey will remain open. Please let me know if you have any questions.

Thank you,

**Sarah N. Kurish** | Assistant Counsel
Pennsylvania Department of Health | Office of Legal Counsel
625 Forster Street | Harrisburg, PA 17120 - 0701
Phone: 717.783.2500 | Fax: 717.705.6042
www.health.state.pa.us

*PRIVILEGED AND CONFIDENTIAL COMMUNICATION*
*The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of the attorney-client or any other privilege.*