IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Bankruptcy Case No. 19-11466 (KG)<br><br>(Jointly Administered) |
| UNITED STATES OF AMERICA,<br><br>Appellant,<br><br>v.<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL and THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC.,<br><br>Appellees. | Case No. 1:19-cv-01711-RGA<br><br>**UNITED STATES' UNOPPOSED MOTION FOR THREE-DAY EXTENSION OF TIME TO FILE REPLY UNTIL NOVEMBER 15, 2019** |

The United States of America (the "United States"), on behalf of the Department of Health and Human Services ("HHS"), acting through its designated component, the Centers for Medicare & Medicaid Services, respectfully requests that the Court grant the United States a three-day extension of time to file Appellant's reply brief, from November 12, 2019 to November 15, 2019.  The undersigned communicated by e-mail with counsel for both Appellees, Center City Healthcare, LLC, d/b/a Hahnemann University ("Debtor") and Thomas Jefferson University Hospital ("Jefferson"), and both Appellees indicated they will not oppose this motion.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

1

On October 7, 2019, this Court adopted the briefing schedule proposed by Appellees, which requires the United States' reply brief to be filed within seven days of the Appellees' answering briefs.  Dkt. 30.  Debtor submitted its answering brief on November 5, 2019, and Jefferson filed a joinder.  Thus, without an extension, the United States' reply brief would be due November 12, 2019, providing only five business days to prepare the document.

Because the United States has multiple levels of review for the reply brief within HHS and the Department of Justice, the additional time requested would better enable the United States to provide a considered and comprehensive response to Debtor's answering brief.  Moreover, as noted above, Appellees do not oppose the United States' request for three additional days in which to submit its reply.  Therefore, the United States respectfully requests that the Court grant the United States a three-day extension of time to file Appellant's reply brief, from November 12, 2019 to November 15, 2019.

| | |
|---|---|
| Dated:  November 6, 2019 | Respectfully submitted |
| | JOSEPH H. HUNT<br>Assistant Attorney General |
| | DAVID C. WEISS<br>United States Attorney |
| | ELLEN SLIGHTS<br>Assistant United States Attorney |
| | */s/  Marc S. Sacks*<br>RUTH A. HARVEY<br>MARGARET M. NEWELL<br>MARC S. SACKS<br>Department of Justice<br>Commercial Litigation Branch<br>Civil Division<br>P.O. Box 875, Ben Franklin Station<br>Washington, D.C. 20044-0875<br>Tel: (202) 307-1104<br>Fax: (202) 514-9163<br>marcus.s.sacks@usdoj.gov |
| | Attorneys for the United States |